

# Fourth Court of Appeals
## San Antonio, Texas

August 30, 2021

No. 04-21-00329-CV

**IN THE INTEREST OF M.A.C., M.A.C., A.S.C., AND M.R.T., CHILDREN,**

From the 131st Judicial District Court, Bexar County, Texas
Trial Court No. 2019PA02205
The Honorable Kimberly Burley, Judge Presiding

## O R D E R

The reporter's record was due to be filed with this court on August 16, 2021. *See* TEX. R. APP. P. 35.1. On August 30, 3021, court reporter Angelita Rangel Jimenez filed a first notification of late reporter's record. She requested an extension of time to file the record until September 7, 2021.

The request is GRANTED. The reporter's record is due on September 7, 2021. *See id.* R. 35.3(c) (limiting an extension in an accelerated appeal to ten days).

_____
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 30th day of August, 2021.

_____
MICHAEL A. CRUZ, Clerk of Court